United States Bankruptcy Court
Eastern District of New York

In re:  
Christopher J Putzu  
Barbara Holzman  
     Debtors

Case No. 17-42186-nhl  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0207-1     User: admin     Page 1 of 1     Date Rcvd: Jul 26, 2017  
                      Form ID: 268     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2017.  
db/jdb         Christopher J Putzu,    Barbara Holzman,    414 Raritan Ave,    Staten Island, NY   10305-2300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jul 26 2017 18:27:12  
               Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),  
               U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449  
                                                                                                     TOTAL: 1

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2017 at the address(es) listed below:  
       David J Doyaga    david.doyaga.sr@gmail.com,   NY98@ecfcbis.com,  
       David J Doyaga    on behalf of Trustee David J Doyaga david.doyaga.sr@gmail.com,   NY98@ecfcbis.com,  
       Kevin B Zazzera    on behalf of Joint Debtor Barbara  Holzman kzazz007@yahoo.com  
       Kevin B Zazzera    on behalf of Debtor Christopher J Putzu kzazz007@yahoo.com  
       Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov  
                                                                                                             TOTAL: 5

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Christopher J Putzu** | Social Security number or ITIN **xxx–xx–7087** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Barbara Holzman** | Social Security number or ITIN **xxx–xx–8065** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York 271–C Cadman Plaza East, Suite 1595 Brooklyn, NY 11201–1800 | | Date case filed for Chapter **7: 5/1/17** |
| Case number: **1–17–42186–nhl** | | |

# NOTICE OF NO CERTIFICATE OF DEBTOR EDUCATION OR OFFICIAL FORM 423 CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

**NOTICE IS HEREBY GIVEN THAT:**

The above–named debtor(s) has not filed a Certificate of Debtor Education or Official Form 423 Certification About a Financial Management Course in accordance with Bankruptcy Rules 1007(b)(7) and 1007(c).

Unless the aforementioned Certificate or Official Form 423 is filed by August 9, 2017, this case may be closed with no discharge of debtor(s) having been entered.

Notice is further given that if the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Certificate of Debtor Education or Official Form 423 Certification About a Financial Management Course, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: July 25, 2017

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnfcer1.jsp** [Notice of No Financial Certificate Filed rev. 02/01/17]